

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| ALFRED DOMENICK WRIGHT, § | |
| Plaintiff, § | |
| vs. § | CIVIL ACTION NO. 3:19-3486-MGL-TER |
| § | |
| JOSH LOOMIS, UNKNOWN FEDERAL § | |
| AGENTS, THOMAS GRIFFIN JR., § | |
| LEXINGTON COUNTY DETENTION § | |
| CENTER, CORRECT CARE SOLUTIONS, § | |
| and UNKNOWN UNITED STATES § | |
| MARSHALS, § | |
| Defendants. § | |

### ORDER ADOPTING THE REPORT AND RECOMMENDATION
### AND GRANTING DEFENDANT GRIFFIN'S MOTION TO DISMISS

Plaintiff Alfred Domenick Wright (Wright) filed this *Bivens* action against Defendant Thomas Griffin Jr. (Griffin) and the other above-named defendants. The matter is before the Court for review of the Report and Recommendation of the United States Magistrate Judge suggesting Griffin's motion to dismiss be granted. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may

accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on September 23, 2021, but Wright failed to file any objections. "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Moreover, a failure to object waives appellate review. *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

Therefore, after a thorough review of the Report and the record in this case pursuant to the standards set forth above, the Court, adopts the Report and incorporates it herein. Therefore, it is the judgment of this Court Griffin's motion to dismiss is **GRANTED**.

**IT IS SO ORDERED**.

Signed this 18th day of October, 2021, in Columbia, South Carolina.

              s/ Mary Geiger Lewis
              MARY GEIGER LEWIS
              UNITED STATES DISTRICT JUDGE

\*\*\*\*\*

**NOTICE OF RIGHT TO APPEAL**

Wright is hereby notified of the right to appeal this Order within sixty days from the date hereof, pursuant to the Federal Rules of Appellate Procedure.